UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| RENEE MESSANA, PAUL DEMEO, PAUL MESSANA, INDIVIDUALLY AND AS NEXT FRIEND OF RAYMOND MESSANA AND ARIANA MESSANA | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Docket No. 04-11913 MLW |
| v. | ) ) ) | |
| ACRES OF WILDLIFE CAMPGROUND, INC. | ) ) | |
| Defendant | | |

CORPORATE DISCLOSURE STATEMENT OF ACRES OF WILDLIFE CAMPGROUND, INC. IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Defendant states that Defendant Acres of Wildlife Campground, Inc. is privately held with no parent companies.

Date: October 15, 2004

_____
Daniel Rapaport, Esq.
Bar No. 412120
Attorney for Defendant
Acres of Wildlife Campground, Inc.

PRETI, FLAHERTY, BELIVEAU, PACHIOS & HALEY, LLC
One City Center
P.O. Box 9546
Portland, ME 04112-9546
TEL: (207) 791-3000

963650.1