AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

RENEE MESSANA, PAUL DEMEO, PAUL
MESSANA, INDIVIDUALLY AND AS NEXT
FRIEND OF RAYMOND & ARIANA MESSANA

**SUMMONS IN A CIVIL ACTION**

V.

ACRES OF WILDLIFE CAMPGROUND, INC.

CASE NUMBER:   04 11913 MLW

TO: (Name and address of Defendant)

JOHN M. WHALEN, ESQ.
REGISTERED AGENT
ACRES OF WILDLIFE CAMPGROUND, INC.
54 PINE STREET
LEWISTON, ME 04240-7214

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN W. COLLIER, ESQ.
200 MONSIGNOR O'BRIEN HIGHWAY
CAMBRIDGE, MA 02141

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                          10/15/2004

CLERK

_10-15-04_
(By) DEPUTY CLERK



