UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RENEE MESSANA, et al.           )
    Plaintiffs                  )
                                )
v.                              )           Docket No. 04-11913-MLW
ACRES OF WILDLIFE CAMPGROUND, INC. )
    Defendant                   )

## PROPOSED DISCOVERY PLAN
### Fed.R.Civ.P. 26(f)

Following their conference pursuant to Fed.R.Civ.P. 26(f), the parties propose the following Discovery Plan:

1. The parties' initial disclosure will be filed by December 15, 2004;
2. Any written discovery requests shall be propounded by January 15, 2005;
3. Any depositions of the parties shall be completed by April 30, 2005;
4. The Plaintiffs shall name their expert witness(es) and provide Rule 26(b)(4) information by June 1, 2005;
5. The Plaintiffs shall make their expert witness(es) available for deposition by July 1, 2005;
6. The Defendant shall name its expert witness(es) and provide Rule 26(b)(4) information by September 1, 2005;
7. The Defendant shall make its expert witness(es) available for deposition by October 15, 2005;
8. All discovery shall be completed by November 15, 2005.

DATED: December 8, 2004

_____
John W. Collier, Esq.
Attorney for Plaintiff
200 Monsignor O'Brien Highway
Cambridge, MA 02141
Tel: 617-441-2121

DATED: 12/14/04

_____
Daniel Rapaport, Esq.
Attorney for Defendant
Preti, Flaherty
One City Center, P.O. Box 9546
Portland, ME 04112-9546
TEL: (207) 791-3000