UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:04-11913MEL

RENEE MESSANA ET AL
Plaintiffs

V.

ACRES OF WILDLIFE CAMPGROUND, INC
Defendants

ORDER AMENDING
THE SCHEDULING ORDER

SOROKIN, M.J.

    For good cause shown and after hearing with counsel, the court hereby amends the scheduling order as follows: The discovery deadline is extended to September 15, 2005. Plaintiffs are to disclose expert reports by August 15, 2005.  A Further status conference has been set for September 13, 2005 at 3:15pm.  SO ORDERED.

    /s/ Leo T. Sorokin
    UNITED STATES MAGISTRATE JUDGE