UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RENEE MESSANA et al,<br><br>  Plaintiffs,<br><br>v.<br><br>ACRES OF WILDLIFE CAMPGROUND, INC.<br><br>  Defendant. | )<br>)<br>)<br>)<br>)   04-11913<br>)  C.A. NO.: 02-12210-~~MEL~~<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please take notice that Timothy J. Perry hereby enters his appearance on behalf of Defendant in this matter.

Respectfully submitted,

DEFENDANT,

By its attorney,

_____
Timothy J. Perry (BBO #631397)
PRETI FLAHERTY LLP
10 High Street, Suite 502
Boston, MA 02110
(617) 226-3800
fax (617) 226-3801

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served upon all counsel of record by hand.

Dated: May 5, 2005

_____
Timothy J. Perry