UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RENEE MESSANA, PAUL DEMEO, PAUL MESSANA, INDIVIDUALLY AND AS NEXT FRIEND OF RAYMOND MESSANA AND ARIANA MESSANA <br><br> Plaintiffs, <br><br> v. <br><br> ACRES OF WILDLIFE CAMPGROUND, INC. <br><br> Defendant | Docket No. 04-11913 MLW |

### MOTION TO PERMIT DAVID J. EKELUND, JR. TO APPEAR *PRO HAC VICE*

Timothy J. Perry, Esq., moves this Court, pursuant to L.R. 83.5.3, for an Order permitting David J. Ekelund, Jr., Esq. to appear before this Court in the above-captioned matter on behalf of Defendant, Acres of Wildlife Campground, Inc. In support of this motion, the undersigned states as follows.

1. Attorney Ekelund is a member in good standing of the bars of the State of Maine, and the United States District Court for the District of Maine.

2. Attorney Ekelund is not currently under any order of disbarment, suspension or any other discipline, nor are there disciplinary proceedings pending against him. Attorney Ekelund's Certification for Admission *Pro Hac Vice* is attached hereto and incorporated herein by reference as Exhibit A. The Certification includes his address and telephone and fax numbers.

3. Attorney Ekelund is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

1

1023818.1

4.  During Attorney Ekelund's representation of Acres of Wildlife Campground, Inc. in this matter, he shall associate with the undersigned or another member of the bar of this Court, upon whom all process, notices, and other papers may be served, who shall sign all papers filed with this Court, and whose attendance at any proceeding may be required by this Court.

WHEREFORE, the undersigned moves for the admission *pro hac vice* of David J. Ekelund, Jr., Esquire, so that he may appear before this Court in all matters related to the above-captioned action.

Dated: 5-20-05

Timothy J. Perry, Esq., Bar No. 631397
Attorney for Defendant
Preti Flaherty Beliveau Pachios & Haley LLP
One City Center
P.O. Box 9546
Portland, ME  04112
(207) 791-3000

1023818.1



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RENEE MESSANA, PAUL DEMEO, PAUL MESSANA, INDIVIDUALLY AND AS NEXT FRIEND OF RAYMOND MESSANA AND ARIANA MESSANA )<br><br>Plaintiffs, )<br><br>v. )<br><br>ACRES OF WILDLIFE CAMPGROUND, INC. )<br><br>Defendant | Docket No. 04-11913 MLW |

### CERTIFICATE OF DAVID J. EKELUND, JR.

I, David J. Ekelund, Jr., do hereby certify:

1. I am a member in good standing of the bars of the State of Maine, and the United States District Court for the District of Maine.

2. I am not currently under any order of disbarment, suspension or any other discipline, nor are there disciplinary proceedings pending against me.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. During my representation of Acres of Wildlife Campground, Inc. in this matter, I shall associate with Timothy J. Perry, Esq. or another member of the bar of this Court, upon whom all process, notices, and other papers may be served, who shall sign all papers filed with

1

this Court, and whose attendance at any proceeding may be required by this Court.

Dated: 5/19/05

David J. Ekelund, Jr., Esq.
PRETI, FLAHERTY
One City Center
P.O. Box 9546
Portland, Maine 04112-9546
(207) 791-3000

STATE OF MAINE
CUMBERLAND, ss.

    Personally appeared the above-named David J. Ekelund, Jr. and certified that the foregoing statements made by him are true.

    Before me,

Notary Public

CARMEN CYR BAILEY
Notary Public, Maine
My Commission Expires April 20, 2006

2

1024424.1