

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RENEE MESSANA, PAUL DEMEO, PAUL MESSANA, INDIVIDUALLY AND AS NEXT FRIEND OF RAYMOND MESSANA AND ARIANA MESSANA )<br><br>Plaintiffs,<br><br>v.<br><br>ACRES OF WILDLIFE CAMPGROUND, INC.<br><br>Defendant | Docket No. 04-11913 MLW |

### CERTIFICATE OF DAVID J. EKELUND, JR.

I, David J. Ekelund, Jr., do hereby certify:

1. I am a member in good standing of the bars of the State of Maine, and the United States District Court for the District of Maine.

2. I am not currently under any order of disbarment, suspension or any other discipline, nor are there disciplinary proceedings pending against me.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. During my representation of Acres of Wildlife Campground, Inc. in this matter, I shall associate with Timothy J. Perry, Esq. or another member of the bar of this Court, upon whom all process, notices, and other papers may be served, who shall sign all papers filed with

1

2

this Court, and whose attendance at any proceeding may be required by this Court.

Dated: 5/19/05

David J. Ekelund, Jr., Esq.
PRETI, FLAHERTY
One City Center
P.O. Box 9546
Portland, Maine 04112-9546
(207) 791-3000

STATE OF MAINE
CUMBERLAND, ss.

Personally appeared the above-named David J. Ekelund, Jr. and certified that the foregoing statements made by him are true.

Before me,

Notary Public

CARMEN CYR BAILEY
Notary Public, Maine
My Commission Expires April 20, 2006

1024424.1