UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RENEE MESSANA, PAUL DEMEO, PAUL MESSANA, INDIVIDUALLY AND AS NEXT FRIEND OF RAYMOND MESSANA AND ARIANA MESSANA )<br><br>Plaintiffs,<br><br>v.<br><br>ACRES OF WILDLIFE CAMPGROUND, INC.<br><br>Defendant | Docket No. 04-11913 MLW |

### DEFENDANT'S MOTION FOR ORDER SCHEDULING MEDIATION

Defendant Acres of Wildlife Campground hereby moves for an Order Scheduling Mediation with a Magistrate in the above-referenced matter. Plaintiff consents to and joins in this Motion.

DATED at Portland, Maine this 27th day of October, 2005.

David J. Ekelund, Jr., Esq.
Daniel Rapaport, Esq.
Timothy J. Perry, Esq.
Attorneys for Defendants

PRETI, FLAHERTY, BELIVEAU, PACHIOS
    & HALEY, LLC
One City Center
P.O. Box 9546
Portland, ME 04112-9546
TEL: (207) 791-3000

1