## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

 RENEE MESSANA, ET AL 
            Plaintiff(s)

         V.

 ACRES OF WILDLIFE CAMPGROUND 
            Defendant(s)

CIVIL ACTION

NO.  1:04-CV-11913 MLW 

### ORDER OF REFERENCE
### FOR
### ALTERNATIVE DISPUTE RESOLUTION

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to _____ for the following ADR program:

_____ SCREENING CONFERENCE     _____ EARLY NEUTRAL EVALUATION

\_\_X\_\_\_ MEDIATION     _____ MINI-TRIAL

_____ SUMMARY JURY TRIAL     _____ SETTLEMENT CONFERENCE

_____ SPECIAL MASTER

_____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

 11/4/05                                                                   /s/ LEO T. SOROKIN 
     DATE                                                        UNITED STATES MAGISTRATE JUDGE

### CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | \_\_\_\_\_ | Antitrust | \_\_\_\_\_ |
| Civil Rights | \_\_\_\_\_ | Contract | \_\_\_\_\_ |
| Copyright/Trademark/Patent | \_\_\_\_\_ | Environmental | \_\_\_\_\_ |
| ERISA | \_\_\_\_\_ | FELA | \_\_\_\_\_ |
| Labor Relations | \_\_\_\_\_ | Medical Malpractice | \_\_\_\_\_ |
| Personal Injury | X | Product Liability | \_\_\_\_\_ |
| Shareholder Dispute | \_\_\_\_\_ | | |
| Other | | _____ | |

(Order of Referral to ADR.wpd - 4/12/2000)

[orefadr.]