# PretiFlaherty

DAVID J. EKELUND, JR.
dekelund@preti.com

October 31, 2005

Maria Simeone, Clerk of Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

      Re:   Renee Messana, et al. v. Acres of Wildlife Campground, Inc.
             Docket No. 04-11913 MLW

Dear Maria:

    I have had an opportunity to speak with Attorney Collier concerning available dates for mediation in connection with the above-referenced matter. Counsel currently have the following dates available: December 14, 16, 20, 28 and 30. Counsel respectfully suggests that given the Scheduling Order in this matter, mediation in the month of December would be appropriate. Thank you for your assistance.

                                                    Sincerely,

                                                     David J. Ekelund, Jr.

DJE:ccb

cc: John Collier, Esq.

Preti Flaherty Beliveau Pachios & Haley LLP
[067862.1]
One City Center  P.O. Box 9546  Portland, Maine  04112-9546

Augusta · Bath · Boston · Concord · Portland
207.791.3000   207.791.3111 FAX   www.preti.com