UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RENEE MESSANA, PAUL DEMEO, PAUL MESSANA, INDIVIDUALLY AND AS NEXT FRIEND OF RAYMOND MESSANA AND ARIANA MESSANA )))))<br><br>Plaintiffs, )))<br>v.  )))<br>ACRES OF WILDLIFE CAMPGROUND, INC. ))<br>Defendant | Docket No. 04-11913 MLW |

NOTICE OF APPEARANCE

Please take notice that Gregory T. Donoghue hereby enters his appearance on behalf of Defendant in this matter.

Respectfully submitted,

**ACRES OF WILDLIFE CAMPGROUND, INC.**

By its attorney,

 /s/ Gregory Donoghue
Timothy J. Perry (BBO# 631397)
Gregory T. Donoghue (BBO# 661480)
PRETI, FLAHERTY, BELIVEAU
       PACHIOS & HALEY LLP
10 High Street, Suite 502
Boston, MA   02110
(617) 226-3800
(617) 226-3801

Dated:  December 15, 2005

1

**Error! Unknown document property name.**