## LOCAL RULE 7.1(A)(2) CERTIFICATE

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel certifies that he conferred with Plaintiffs' counsel on December 14, 2005, in a good faith attempt to resolve the issues presented in this motion.  It was recognized that Defendants would not asset to a motion for summary judgment.

DATED: December 15, 2005                          /s/ David J. Ekelund, Jr.,
                                                   David J. Ekelund, Jr.

1080366.1