UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RENEE MESSANA, et al. ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Docket No. 04-11913-MLW |
| ) | |
| ACRES OF WILDLIFE CAMPGROUND, INC. ) | |
| ) | |
| Defendant ) | |

### CERTIFICATE OF SERVICE

I, Gregory T. Donoghue, hereby certify that I caused to be served the following upon counsel in the manner indicated:

1. Defendant's Motion for Judgment on the Pleadings and/or Summary Judgment
2. Defendant's Undisputed Statement of Material Facts
3. Affidavit of Elaine Burnham
4. Local Rule 7.1(A)(2) Certification

**VIA U.S. MAIL**

John W. Collier, Esq.
Attorney for Plaintiffs
Collier & Ferraro
200 Monsignor O'Brien Highway
Cambridge, MA 02141

Dated at ~~Portland~~ Boston, Maine this 15th day of December, 2005.

/s/ Gregory T. Donoghue
Gregory T. Donoghue, Esq.
Attorney for Defendant

PRETI, FLAHERTY, BELIVEAU, PACHIOS & HALEY, LLC
One City Center
P.O. Box 9546
Portland, ME 04112-9546
TEL: (207) 791-3000

1079119.1