*Paul Mussone*

35

```
 1   fall at Acres of Wildlife?
 2       A.   I had never seen a tree fall.  I had seen
 3   many fallen trees.
 4       Q.   Had you ever heard that noise before?
 5       A.   No.
 6       Q.   Were you folks able to build campfires?
 7       A.   Yes.
 8       Q.   Would you get firewood from the area?
 9       A.   Yes.
10       Q.   Where would you get the firewood from?
11       A.   Usually very local.  Just outside of the
12   site range.  And he also had a road that came up
13   around the back of my trailer.  And his maintenance
14   crew every now and then would stack some stuff
15   there, and we'd just take a little bit here and
16   there.
17       Q.   What did you see when you came out of the
18   trailer?
19       A.   I seen the tree on its final journey down
20   and hitting the tent.
21       Q.   You actually saw it hit the tent?
22       A.   I actually saw it hit the tent, yes.
23       Q.   Did it make any particular noise that you
24   can describe for us?
```

DORIS O. WONG ASSOCIATES, INC.

*Paul Messana*

36

A. When it hit the tent?

Q. Yes.

A. No. Just besides all the cracking as it was coming down, branches and everything else were breaking.

Q. And your belief was that your wife and your children were in the tent?

A. Yes.

Q. What did you do?

A. I ran over and picked up the main part of the tree off of the tent. And immediately after, Paul DeMeo came out of his tent, and he pulled the smaller piece off and tried to open the tent up. And the whole time I was just holding it to keep it from going back on the tent.

Q. Did you ever come to find out what type of tree it was?

A. I don't know.

Q. Can you describe what the tree, the tree that was on the tent, what that looked like?

A. It was completely stripped of bark, and probably the part -- the part that actually hit the tent was probably six inches around, six inches diameter.

Paul DeMao

19

1  A.  He asked me if I wanted to go back with him
2  to go to the hospital or if I wanted to go with my
3  aunt back to my grandparents' house.
4  Q.  What did you say?
5  A.  I went with my aunt to go back to my
6  grandparents' house.
7  Q.  Where did your grandparents live?
8  A.  In Everett.
9  Q.  So you left Maine and went back to Everett?
10 A.  Yes.
11 Q.  And that's the last day you were at the
12 campground?
13 A.  Yes.
14 Q.  Have you been in Maine since?
15 A.  No.
16 Q.  Have you been camping since?
17 A.  No.
18 Q.  When is the next time you saw your mother?
19 A.  I went up with her about two days later
20 with my dad to go see her at the hospital.
21 Q.  And how did she appear to you?
22 A.  Her face was all black and blue. You
23 couldn't really see her face.
24 Q.  Were you able to talk with her?

DORIS O. WONG ASSOCIATES, INC.
(617) 426-2432 ~ Fax (617) 482-7813