# PretiFlaherty

DAVID J. EKELUND, JR.
dekelund@preti.com

January 19, 2006

Maria Simone, Clerk to Judge Sorokin
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

      Re:   Renee Messana, et al. v. Acres of Wildlife Campground, Inc.
            Docket No. 04-11913 MLW

Dear Maria:

As the Court has noted, my name is listed on the ECF website as representing the Plaintiffs rather than the Defendant Acres of Wildlife Campground, Inc. At your convenience, would you kindly please list my name as defense counsel along with Attorney Rapaport.

Thank you for your assistance.

                            Sincerely,

                            David J. Ekelund, Jr.

DJE:ccb
cc: John Collier, Esq.

Preti Flaherty Beliveau Pachios & Haley LLP
1089471.1
One City Center  P.O. Box 9546  Portland, Maine  04112-9546

Augusta · Bath · Boston · Concord · Portland
207.791.3000   207.791.3111 FAX           www.preti.com