# JOHN W. COLLIER

Attorney-at-Law
200 Monsignor O'Brien Highway
Cambridge, Massachusetts 02141
Tel: 617-441-2121 Ext. 2
Fax: 617-441-9955
attyjwcollier@yahoo.com

January 26, 2006

Maria Simeone, Clerk of Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

      Re:    <u>Renee Messana, et al. v. Acres of Wildlife Campground, Inc.</u>
             Docket No. 04-11913 MLW

Dear Maria:

      Plaintiffs and Defendant both consent to Judge Sorokin handling this matter through its conclusion, including the summary judgment motion and trial. Thank you for your attention to this matter.

                  Very truly yours,

                  <u>*/s/ John W. Collier*</u>
                  John W. Collier, Esq.
                  BBO # 092010

cc. David J. Ekelund, Jr.