**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| _____ | ) | |
| | ) | |
| RENEE MESSANA, et al., | ) | |
|     Plaintiffs | ) | |
| | ) | |
| v. | ) | Docket No. 04-11913-MLW |
| ACRES OF WILDLIFE CAMPGROUND, INC., | ) | |
|     Defendant | ) | |
| _____ | ) | |

**PLAINTIFF'S PRETRIAL DISCLOSURES PURSUANT TO**
**FED.R.CIV.P. 26 (a)(3)**

I.      WITNESSES PLAINTIFF EXPECTS TO PRESENT

    1.     Renee Messana
           36 Hillside Ave.
           Everett, MA
           (617) 381-1070

    2.     Paul Messana
           36 Hillside Ave.
           Everett, MA
           (617) 381-1070

    3.     Paul DeMeo
           4310 W.North B Street
           Apt. #19
           Tampa, FL 33609
           (813) 775-8707

    4.     Denise DeMeo
           4310 W. North B Street
           Apt. #19
           Tampa, FL 33609
           (813) 850-6882

    5.     Michael Furbish
           5 Guard St.

        Saugus, MA
        (781) 233-1691

6.      Josephine Messana
      20 Jackson Ave.
      Everett, MA 02149
      (617) 387-6490

7.      Jennifer Lauretti
      478 Waltham St.
      Newton, MA 02465
      (617) 387-2220

8.      Keeper of Records
      City of Everett, Treasurer's Office
      389 Broadway
      Everett, MA

II.     WITNESSES PLAINTIFF MAY CALL IF THE NEED ARISES

1.      Michael Baptista
      River Medows
      Steep Falls Lake, ME

2.      Elaine Baptista Burnham
      Acres of Wildlife Campground
      Steep Falls Lake, ME

III.    WITNESSES WHOSE TESTIMONY IS EXPECTED TO BE PRESENTED BY MEANS OF A DEPOSITION

1.      Dr. Mark Varvares
      2437 Hermitage Hill Ln.
      St. Louis, MO.
      (314) 577-8887

IV.    DOCUMENTS/EXHIBITS PLAINTIFF EXPECTS TO OFFER

1.      Certified Copies of Medical Records from Maine Medical Center for Renee Messana beginning in July, 2002.

2.      Certified Copies of Medical Records from Boston Medical Center for Renee Messana beginning in July, 2002.

3.      Certified Copies of Medical Records from Dr. Shapur A. Ameri, Boston
        Regional Medical Center of Renee Messana from September, 2002.

4.      Certified Copies of Medical Records from Massachusetts Eye and Ear
        Infirmary for Renee Messana beginning in January, 2003.

5.      Certified Copies of Dental Records from Peter A. Capodiupo, 563
        Broadway St. #21, Everett, MA, of Renee Messana beginning October,
        2003.

6.      Certified Copies of Medical Records from David E. Eisenberg, M.D., 111
        Everett Ave. Chelsea, MA of Renee Messana beginning August, 2002.

7.      Certified Copies of Medical Records from Jennifer Lauretti, Ph.D., of
        Renee Messana beginning January, 2005.

8.      Copies of all bills/prescriptions relative to injuries Renee Messana
        sustained in July, 2002.

9.      State and Federal Tax Returns for Paul Messana for 2002 and 2003.

10.     Photographs of the site leased by the Messanas at Acres of Wildlife
        Campground taken in July 2002.


Respectfully Submitted,
Plaintiff, by her attorney,



/s/ John W. Collier
John W. Collier, Esq.
BBO# 092010
200 Monsignor O'Brien Hwy.
Cambridge, MA 02141
(617) 441-2121 Ext. 2
attyjwcolllier@yahoo.com

**CERTIFICATE OF SERVICE**

I, John W. Collier, hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 15, 2006.


                                        */s/ John W. Collier*_____
                                        John W. Collier, Esq.