UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RENEE MESSANA, PAUL DEMEO, PAUL     )
MESSANA, INDIVIDUALLY AND AS NEXT   )
FRIEND OF RAYMOND MESSANA AND ARIANA )
MESSANA                             )
                                    )
            Plaintiffs,             )    Docket No. 04-11913 MLW
                                    )
    v.                              )
                                    )
ACRES OF WILDLIFE CAMPGROUND, INC.  )
                                    )
            Defendant

**DEFENDANT'S WITNESS AND EXHIBIT DISCLOSURE**

Defendant, by and through the undersigned counsel, pursuant to Fed.R.Civ.P. 26(a)(3) and Local Rule 16.5(C) hereby submits the following lists of witnesses and exhibits:

A.  WITNESSES:

   1.  Elaine Baptista Burnham
       P.O. Box 5
       Steep Falls, ME  04085
       207-675-2267

   2.  Michael Baptista
       P.O. Box 5
       Steep Falls, ME  04085
       207-675-2267

   3.  Maria Baptista
       P.O. Box 5
       Steep Falls, ME  04085
       207-675-2267

   4.  Manuel Baptista
       P.O. Box 5
       Steep Falls, ME  04085
       207-675-2267

1125464.1

      5.    Dr. Mark Vavares (via deposition transcript)
St. Louis University Hospital
3635 Vista at Grand Blvd.
FDT Bldg. 6th Floor
St. Louis, MO

      6.    Any and all health car providers whose records have been requested by Defendant during discovery.

      7.    Any and all witnesses listed by Plaintiffs.

      8.    Defendant reserves the right to call impeachment or rebuttal witnesses upon reasonable notice to the Plaintiffs.

B.    EXHIBITS:

      1.    All Medical Records of Plaintiffs requested during discovery.

      2.    Lease Agreement between Acres of Wildlife and the Messanas.

      3.    Deposition transcripts and exhibits of all parties and witnesses.

      4.    Any and all exhibits listed by Plaintiffs.

      5.    Defendant reserves the right to use other exhibits including those intended for rebuttal upon reasonable notice to Plaintiffs.

DATED at Portland, Maine this 15th day of May, 2006.

                                                /s/ Daniel Rapaport
                                                Daniel Rapaport, Esq.
                                                David J. Ekelund, Jr., Esq.
                                                Gregory T. Donoghue, Esq.
                                                Attorneys for Defendant

PRETI, FLAHERTY, BELIVEAU, PACHIOS & HALEY, LLC
One City Center
P.O. Box 9546
Portland, ME 04112-9546
TEL: (207) 791-3000

## CERTIFICATE OF SERVICE

Service of the above Defendant's Witness and Exhibit Disclosure has been made through the Court's ECF system on all those registered to receive ECF service.

Dated: May 15, 2006                                    /s/Timothy J. Perry, Esq.

1125464.1