# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____ )
                                        )
RENEE MESSANA, et al.,                   )
        Plaintiffs                       )
                                        )
v.                                       )          Docket No. 04-11913-MLW
ACRES OF WILDLIFE CAMPGROUND, INC.,      )
        Defendant                        )
_____ )


## PLAINTIFF'S OBJECTIONS TO DEFENDANT'S WITNESS LIST AND EXHIBIT DISCLOSURES

Pursuant to Fed.R.Civ.P.26 (a) (3) Plaintiffs make the following Objections to Defendant's proposed witnesses and exhibits:

Plaintiff objects to Defendant's use of the Release Language portion of the Lease Agreement between Acres of Wildlife and the Messanas, disclosed as Exhibit number 2 on Defendant's Disclosures. As grounds therefore, the release language, found in paragraph five (5) of the Lease Agreement, has already been found not to apply to the parties in this situation and its probative value is substantially outweighed by the danger of unfair prejudice that would result from its presentation to the jury.


Respectfully Submitted,
Plaintiff, by her attorney,

/s/ John W. Collier___
BBO# 092010
200 Monsignor O'Brien Hwy.
Cambridge, MA 02141
(617) 441-2121 Ext. 2
attyjwcollier@yahoo.com

**CERTIFICATE OF SERVICE**

I, John W. Collier, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 19, 2006.


*/s/ John W. Collier*
John W. Collier, Esq.