UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RENEE MESSANA, et al.,<br>    Plaintiffs<br><br>v.<br>ACRES OF WILDLIFE CAMPGROUND, INC.,<br>    Defendant | )<br>)<br>)<br>)<br>)   Docket No. 04-11913-MLW<br>)<br>)<br>) |

**JOINT MOTION TO EXTEND TIME FOR FILING
THE JOINT PRE-TRIAL MEMORANDUM AND TRIAL BRIEF
TO WEDNESDAY, MAY 31, 2006**

Now come the parties and hereby move that this Honorable Court grant an extension for the filing of the pretrial and trial briefs for the following reasons:

1. Defendants' attorney has been involved in a trial which ended on May 30, 2006;

2. Plaintiffs' attorney's para-legal was unexpectedly unavailable for one week.

Wherefore, The Parties respectfully request an extension until close of business on May 31, 2006.

Respectfully submitted:


John W. Collier


David J. Ekelund