Renee Messana v. Acres of Wildlife Campground
Docket No: 04-11913
Plaintiff's Proposed Jury Instructions No. 11


**CAUSATION:   AGGRAVATION OF PREEXISTING CONDITION**


If you find for the plaintiff on the question of defendant's liability, her right to recover damages is not limited by the fact that her injury resulted from aggravation of a preexisting condition.  You should not reduce the amount of damages merely because they were due in part to such preexisting condition.  In other words, it is no defense that plaintiff, by reason of this preexisting condition, was more susceptible to injury than would be a normal person.  The wrongdoer must take his/her victim as he/she finds her.  (Murray v. United of Omaha Life Ins. Co., 145 F.3rd 143 (3d Cir. 1998)).