UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RENEE MESSANA, et al.,<br>    Plaintiffs<br><br>v.<br>ACRES OF WILDLIFE CAMPGROUND, INC.,<br>    Defendant | Docket No. 04-11913-MLW |

**MOTION FOR JUDGMENT AS A MATTER OF LAW**

Pursuant to Rule 50(a) Fed.R.Civ.P. the Plaintiffs hereby request that this Court grant a judgment based on the evidence presented in this matter. The reason is that there is no legally sufficient evidentiary basis for a reasonable jury to find that the Defendant was not negligent as a matter of law and that the Plaintiffs sustained the damages so presented.

DATED: June 7, 2006

Respectfully submitted,
The Plaintiffs,
By their attorney

*/s/ John W. Collier*
John W. Collier
200 Monsignor O'Brien Highway
Cambridge, MA  02141
617-441-2121
BBO# 092010

## CERTIFICATE OF SERVICE

      I, John W. Collier, hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 9, 2006.

                                                  */s/ John W. Collier*  
                                                  John W. Collier, Esq.