AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS

**EXHIBIT AND WITNESS LIST**

Messana   v.   Acres of wildlife

Case Number: 04-11913

| PRESIDING JUDGE Leo T. Sorokin | PLAINTIFF'S ATTORNEY Collier | DEFENDANT'S ATTORNEY Rappaport |
|---|---|---|
| TRIAL DATE (S) 6/5/06 - 6/7/06 | COURT REPORTER O'Hara | COURTROOM DEPUTY Simeone |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 6/5/06 | | | Paul Messana |
| # 20(a)(a) | | 6/5/06 | ✓ | ✓ | 4 photographs of campsite |
| # 10 | | 6/5/06 | ✓ | ✓ | 3 photographs of campsite |
| ✓ | | 6/5/06 | | | Denise Demeo |
| ✓ | | 6/6/06 | | | Paul Demeo |
| ✓ | | 6/6/06 | | | Josephine Messana |
| # 21 | | 6/6/06 | ✓ | NO | Deposition transcript - Romney Laderberg, MD read into record |
| ✓ | | 6/6/06 | | | Videotape Deposition of Mark Varvares, MD |
| ✓ | | 6/6/06 | | | Renee Messana |
| # 15 | | 6/6/06 | ✓ | ✓ | Medical Records  Albert Fullerton, MD |
| # 14 | | 6/6/06 | ✓ | ✓ | Medical Records  Feodor Ung, MD |
| # 9 | | 6/6/06 | ✓ | ✓ | Medical Records  Jennifer Laurett, PhD |
| # | 18 | 6/6/06 | ✓ | ✓ | Map of Campground |
| | ✓ | 6/6/06 | | | Elaine Baptista Burnham |
| # | 17 | | ✓ | ✓ | Photograph - Aerial view of campground |
| | ✓ | 6/6/06 | | | Michael Baptista |
| | ✓ | 6/7/06 | | | Michael Baptista, continued |
| # 1 | | 6/8/06 | ✓ | ✓ | Medical Records - Maine Medical Ctr |
| # 3 | | 6/8/06 | ✓ | ✓ | Medical Records  Shapar Ameri, MD |
| # 4 | | 6/8/06 | ✓ | ✓ | Medical Records  Mark Varvares, MD |
| # 5 | | 6/8/06 | ✓ | ✓ | Dental Records  Peter Capdilupo |
| # 8 | | 6/8/06 | ✓ | ✓ | All bills/prescriptions related to injury |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

** all exhibits are joint exhibits **

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS

## EXHIBIT AND WITNESS LIST

Messana    v. Acres of
           wildlife

Case Number: 04-11913

| PRESIDING JUDGE Leo T. Sorokin | PLAINTIFF'S ATTORNEY Collier | DEFENDANT'S ATTORNEY Rappaport |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER O'Hara | COURTROOM DEPUTY Simeone |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| # | 9 | 6/8/06 | ✓ | ✓ | State + Federal Tax Returns Paul Messana 2002 + 2003 |
| # | 11 | 6/8/06 | ✓ | ✓ | Medical Records - Ranney Ladenberg, MD |
| + | 12 | 6/8/06 | ✓ | ✓ | Medical Records - H. Gregory Ota, MD |
| # | 13 | 6/8/06 | ✓ | ✓ | Medical Records - North Suburban Orthopedic |
| # | 16 | 6/8/06 | — | ✓ | Medical Records - Paul DeMeo - Tri City Mental Health |
| # | 19 | 6/8/06 | ✓ | ✓ | Acres of wildlife Brochure - 2002 |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   | A |   |   |   | Jury Question - |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of 2 Pages