UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

RENEE MESSANA,         )
PAUL MESSANA,          )
PAUL DEMEO             )
                       )
       Plaintiffs     )
                       )
v.                     )          Civil No. 04-11913-LTS
                       )
ACRES OF WILDLIFE      )
   CAMPGROUND, INC.    )
                       )
       Defendant.     )

## SPECIAL VERDICT FORM

1. Was the defendant negligent?

    Yes ____    No __X__

    (If your answer to question #1 is "no," answer no more questions. If your answer to question #1 is "yes," answer question #2.)

2. Was the defendant's negligence the proximate cause of the injuries to Renee Messana?

    Yes ____    No ____

    (If your answer to question #2 is "no," go to question #4. If your answer to question #2 is "yes," answer question # 3.)

3. What do you find to be
    (a) the amount of Renee Messana's damages to date? $_____
    (b) the amount of Renee Messana's damages that you find are reasonably likely to continue in the future? $_____

4. Was the defendant's negligence the proximate cause of Paul Messana's property damage?

   Yes ____   No ____

   (If your answer to question #4 is "no," go to question #6. If your answer to question #4 is "yes," answer question #5.)

5. What do you find to be the amount of Paul Messana's damages for his tent?

   $_____

6. Did Paul Messana suffer a loss of consortium proximately caused by defendant's negligence?

   Yes ____   No ____

   (If your answer to question #6 is "no," go to question #8. If your answer to question #6 is "yes," answer question #7.)

7. What do you find to be Paul Messana's damages for loss of consortium?

   $_____

8. Did Paul DeMeo suffer a loss of consortium proximately caused by defendant's negligence?

   Yes ____   No ____

   (If your answer to question #8 is "no," answer no more questions. If your answer to question #8 is "yes," answer question #9.)

9. What do you find to be Paul DeMeo's damages for loss of consortium?

   $_____

Date: 2006-06-08

_____
Jury Foreperson