UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RENEE MESSANA, PAUL DEMEO, <br> PAUL MESSANA, INDIVIDUALLY <br> AND AS NEXT FRIEND OF RAYMOND <br> MESSANA AND ARIANA MESSANA, <br><br> Plaintiffs, <br><br> v. <br><br> ACRES OF WILDLIFE CAMPGROUND, INC., <br><br> Defendant. | Civil Action No. 04-11913-LTS |

FINAL JUDGMENT

June 13, 2006

SOROKIN, M.J.

    (1) In accordance with the Court's Memorandum and Order dated April 24, 2006 granting in part Defendant's motion for summary judgment in the above-entitled action, it is hereby ORDERED: Judgment shall enter for the Defendant on Count I only as it applies to Plaintiffs Paul DeMeo, Raymond Messana, and Ariana Messana. In addition, judgment shall enter for Defendant on Counts II through Count X; and

    (2) The Court having been informed on June 6, 2006 that Raymond and Ariana reached a full settlement with Defendant, it is hereby ORDERED that Counts XII and XIV shall be DISMISSED with prejudice; and

(3) With the remaining issues in this matter having been duly tried from June 5, 2006 through June 8, 2006, and the jury having duly rendered a verdict, it is ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANT on all remaining counts.


       /s/ Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE