UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RENEE MESSANA, et al. )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>ACRES OF WILDLIFE CAMPGROUND, INC. )<br>)<br>Defendant ) | Docket No. 04-11913-MLW |

**CERTIFICATE OF SERVICE**

    I, Gregory T. Donoghue, Esq., hereby certify that I caused to be served the following upon counsel in the manner indicated

    1.    Defendant's Opposition to Plaintiffs' Motion for New Trial and/or Motion for Judgment as a Matter of Law

**VIA U.S. MAIL**

John W. Collier, Esq.
Attorney for Plaintiffs
Collier & Ferraro
200 Monsignor O'Brien Highway
Cambridge, MA 02141

Dated at Portland, Maine this 7th day of July, 2006

/s/ Gregory T. Donoghue
_____
Gregory T. Donoghue, Esq.
Mass. Bar No. 661480
Attorney for Defendant

PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP
One City Center
P.O. Box 9546
Portland, ME  04112-9546
TEL:  (207) 791-3000

1141483.1