UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RENEE MESSANA, PAUL DEMEO, PAUL MESSANA, INDIVIDUALLY AND AS NEXT FRIEND OF RAYMOND MESSANA AND ARIANA MESSANA, <br><br> Plaintiffs <br><br> v. <br><br> ACRES OF WILDLIFE CAMPGROUND, INC., <br><br> Defendant | Docket No. 04-11913 MLW |

**DEFENDANT ACRES OF WILDLIFE CAMPGROUND, INC.'S BILL OF COSTS**

| | Summary of Costs and Description | Amount |
|---|---|---|
| 1. | Fees of the Court Reporter and independent reporting service for all or any part of the stenographic transcripts necessarily obtained for use in the case including testimony and depositions (Exhibit A): | $2,608.85 |
| 2. | Fees of the Clerk: | $50.00 |
| | a. Filing Fee for Motion to Permit David J. Ekelund, Jr. to Appear *Pro Hac Vice* | |
| 3. | Fees for Exemplification and Copies of Evidence necessarily obtained for use in the case: | |
| | a. Fees and Disbursements for Exemplification of case materials and Replication of Evidence (Exhibit B): | $1,082.20 |

1

1137722.1

2

    b.  Printing Costs for Multiple Copies of Exhibits (pursuant to court order to exchange copies between parties, and to submit copies in duplicate to court) and Case Documents (Exhibit B)

                           Total of Costs:    $3,741.05

DATED at Portland, Maine this 7th day of July, 2006.

                           /s/ Daniel Rapaport, Esq.
                           Daniel Rapaport, Esq.
                           Timothy J. Perry, Esq.
                           David J. Ekelund, Jr., Esq.
                           Gregory T. Donoghue, Esq.
                           Attorneys for Defendants

PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP
One City Center, P.O. Box 9546
Portland, ME 04112-9546
TEL: (207) 791-3000

2

1137722.1