# EXHIBIT A
## MESSANA, ET AL. v. ACRES OF WILDLIFE CAMPGROUND, INC.
### Docket No. 04-11913 MLW

## SCHEDULE OF FEES OF STENOGRAPHIC TRANSCRIPT NECESSARILY OBTAINED FOR USE IN THE CASE (including at deposition and at trial)

| Date of Stenographic Payment | Deponent/Witness (charge is for pre-trial deposition unless otherwise noted) | Cost |
|---|---|---|
| 05/28/05 | Dr. Mark Varvares (videography services) | $60.00 |
| 06/13/05 | Dr. Mark Varvares (court reporter services) | $144.50 |
| 06/24/05 | Plaintiffs Renee Messana, Paul Messana and Paul Demeo (court reporter services) | $955.80 |
| 09/09/05 | Elaine Baptista Burnham & Michael Baptista (court reporter services) | $216.60 |
| 10/20/05 | Dr. Romney Laderberg and Dr. Jennifer Lauretti (court reporter fees) | $558.75 |
| 06/12/06 | Jury Trial Transcripts from June 5, 6, 7 & 8, 2006 (court reporter fees) | $673.20 |
| | **TOTAL** | **$2,608.85** |

1137732.1

# Rankin Reporting & Legal Video, Inc.

1015 Locust Street - Suite 911
St. Louis, MO 63101-1329
(314) 231-2202 * (800) 285-2115
(314) 231-7432 FAX

**Invoice**

| DATE | INVOICE # |
|---|---|
| 5/28/2005 | 109314 |

**BILL TO:**

Daniel Rapaport, Preti Flaherty
Daniel Rapaport, Esq.
One City Center
Portland, ME 04112

| IN RE: | | | ON BEHALF OF: | |
|---|---|---|---|---|
| RENEE MASSANA, ET AL. V. ACRES OF WILDLIF CAMPGROUND, INC | | | DEFENDANT | |
| DESCRIPTION | QTY | RATE | REPORTER | AMOUNT |
| Videography services in connection with the creation of one unedited copy VHS videocassette of the video-taped deposition of DR. MARK VARVARES taken on 05/25/05 on behalf of the Plaintiff | | 40.00 | V | 40.00 |
| Federal Express Charge: | | 20.00 | | 20.00 |
| (One dub videocassette delivered herewith. Transcript will follow under separate invoice.) | | | | |

E.I.N. 43-1590520
Thank you for your business!
Net 30 days

**Total** $60.00

Preti Flaherty Beliveau Pachios & Haley LLP

| DATE | INVOICE NUMBER | MEMO | BALANCE |
|------|----------------|------|---------|
| 05/28/2005 | 109314 | MASSANA V. ACRES/DR | 60.00 |

Rankin Reporting & Legal Video, Inc.

CHECK DATE: 05/31/2005
CHECK NUMBER: 00000123412

FILE COPY

TOTAL 60.00

123412

**Rankin Reporting & Legal Video, Inc.**
1015 Locust Street - Suite 911
St. Louis, MO 63101-1329
(314) 231-2202 * (800) 285-2115
(314) 231-7432 FAX

**Invoice**

| DATE | INVOICE # |
|---|---|
| 6/11/2005 | 109536 |

**BILL TO:**
Daniel Rapaport, Preti Flaherty
Daniel Rapaport, Esq.
One City Center
Portland, ME 04112

| IN RE: | ON BEHALF OF: |
|---|---|
| RENEE MESSANA, ET AL. V. ACRES OF WILDLIF CAMPGROUND, INC | DEFENDANT |

| DESCRIPTION | QTY | RATE | REPORTER | AMOUNT |
|---|---|---|---|---|
| Copy of the transcript of the deposition testimony of MARK VARVARES, MD taken on 05/25/05 on behalf of the Plaintiff | 53 | 1.70 | JAW | 90.10 |
| Federal Express Charge: |  | 32.50 |  | 32.50 |
| Exhibit Copying Fee: | 73 | 0.30 |  | 21.90 |

E.I.N. 43-1590520
Thank you for your business!
Net 30 days

**Total** $144.50

| Preti Flaherty Beliveau Pachios & Haley LLP | Rankin Reporting & Legal Video, Inc. | | 123761 |
|---|---|---|---|
| DATE | INVOICE NUMBER | MEMO | BALANCE |
| 06/13/2005 | 12067.28936 | TRANSCRIPT/MESSANA/DR | 144.50 |
| | | TOTAL | 144.50 |

CHECK NUMBER
CHECK DATE  06/13/2005  000123761

FILE COPY

# INVOICE

**Doris O. WONG Associates, Inc.**
*Professional Court Reporters*
50 Franklin Street
Boston, Massachusetts 02110

TEL (617) 426-2432
FAX (617) 482-7813
FED. I.D. NO. 04-2674896

PAGE 1

| | |
|---|---|
| PRET01 | |
| ATT: DANIEL RAPAPORT, ESQ. | |
| PRETI FLAHERTY | |
| ONE CITY CENTER | |
| PORTLAND   ME 04101 | |

FILE #: MESSANA, ET AL. V ACRES OF WILDLIFE CAMPGROUND, INC.

| JOB NUMBER | CASE NUMBER | TERMS | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|
| MESS05 | 04-11913 MLW | 0%/30 | 00072597 | 06/24/05 |

| ACTIVITY DESCRIPTION | DATE | REPORTER | TIME | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| ORIGINAL TRANSCRIPT RENEE T. MESSANA | 06/14/05 | JMWE | | 135 | 3.35 | 452.25 |
| ORIGINAL TRANSCRIPT PAUL MESSANA | 06/14/05 | JMWE | | 88 | 3.35 | 294.80 |
| ORIGINAL TRANSCRIPT PAUL DEMEO | 06/15/05 | JMWE | | 47 | 4.26 | 200.00 |
| POSTAGE AND HANDLING | 06/15/05 | | | | | 8.75 |
| ASCII AND MIN-U-SCRIPT-NO FEE THREE DEPOSITIONS | 06/15/05 | | | | | |

**PAST DUE** — THIS ACCOUNT HAS NO DOUBT ESCAPED YOUR NOTICE. WILL YOU PLEASE SEND US A REMITTANCE.

| | |
|---|---|
| SALES TAX | $ .00 |
| INVOICE TOTAL | $ 955.80 |

DUPLICATE INVOICE

Doris O. WONG Associates, Inc.
*Professional Court Reporters*
50 Franklin Street
Boston, Massachusetts 02110

PAGE 1

PRET01
PRETI FLAHERTY

INVOICE DATE: 06/24/05
INVOICE NO.: 00072597

$ 955.80

AUG - 8 2005



**THE REPORTING GROUP**
**MASON & LOCKHART**

David J. Ekelund, Jr., Esq.　　　　　　　　　　September 26, 2005
PRETI FLAHERTY BELIVEAU PACHIOS
 & HALEY, LLP　　　　　　　　　　　　　　　**Invoice#** 250586A
One City Center
P. O. Box 9546　　　　　　　　　　　　　　　**Balance:**　　$216.60
Portland, ME   04112-9546


**Re:** MESSANA V. ACRES OF WILDLIFE
　　　*on* 09/09/05 *by* Daphne G. Estes


## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Depositions of:   Elaine Baptista Burnham & Michael M. Baptista | |
| Transcript copies @ $2.10 per page - 101 pages | 212.10 |
|   All-Word Indexing - No Charge | |
|   Condensed Transcripts & All Word Indexing - NC | |
|   Mailing | 4.50 |

　　　　　**P l e a s e　　R e m i t　　- - - >**　**Total Due:**　　$216.60

*Please reference invoice number on your check.*
*IRS ID NO. 01-0534151*

177 Gray Road • Falmouth, Maine 04105-2514 • 207-797-6040 • fax 207-797-6050   SEP 2 8 2005
email: reportgrp@aol.com

# INVOICE

**Doris O. WONG Associates, Inc.**
*Professional Court Reporters*
50 Franklin Street
Boston, Massachusetts 02110

TEL (617) 426-2432
FAX (617) 482-7813
FED. I.D. NO. 04-2674896

PAGE 1

PRET01
ATT: DAVID J. EKELUND, JR., ESQ.
PRETI FLAHERTY
ONE CITY CENTER
PORTLAND    ME 04101

FILE #: MESSANA, ET AL. V ACRES OF WILDLIFE CAMPGROUND, INC.

| JOB NUMBER | CASE NUMBER | TERMS | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|
| SS05 | 04-11913 MLW | .0%/30 | 00073698 | 10/20/2005 |

| ACTIVITY DESCRIPTION | DATE | REPORTER | TIME | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| ORIGINAL TRANSCRIPT ROMNEY LADERBERG, M.D. | 10/14/05 | LALE | | 45 | 3.75 | 168.75 |
| ORIGINAL TRANSCRIPT JENNIFER LAURETTI, PH.D. | 10/14/05 | LALE | | 62 | 3.75 | 232.50 |
| ATTENDANCE FEE | 10/14/05 | LALE | 1.00 | | 150.00 | 150.00 |
| POSTAGE AND HANDLING | 10/14/05 | | | | | 7.50 |
| ASCII AND MIN-U-SCRIPT-NO FEE LADERBERG AND LAURETTI | 10/14/05 | | | | | |

NO; OFFERING VIDEOCONFERENCING

SALES TAX    .00
INVOICE TOTAL    $558.75

---

**Doris O. WONG Associates, Inc.**
*Professional Court Reporters*
50 Franklin Street
Boston, Massachusetts 02110

PAGE 1

PRET01
PRETI FLAHERTY

INVOICE NO. 00073698
INVOICE DATE 10/20/2005

$558.75

```
              BillNo~1.txt
    VALERIE A. O'HARA, OFFICIAL COURT REPORTER
         ONE COURTHOUSE WAY, SUITE 3204
                BOSTON, MA  02210
                 (617) 737-2346
```

DATE:

June 12, 2006

TO:

Preti, Flaherty, Beliveau, Pachios & Haley, LLP
Daniel Rapaport, Esq.
One City Center
Portland, ME  04112-9546

Invoice No. 1389

Jury Trial before Judge Sorokin

June 5, 6, 7 & 8, 2006

Renee Messana, et al.
vs.
Acres of Wildlife Campground, Inc.

No. 04-11913-MLW

Daily Copy of Transcript, 204 pages @ $3.30 :   $ 673.20

Thank you for your business.

Page 1