# EXHIBIT B
## MESSANA, ET AL. v. ACRES OF WILDLIFE CAMPGROUND, INC.
### Docket No. 04-11913 MLW

## FEES AND DISBURSEMENTS FOR EXEMPLIFICATION OF CASE MATERIALS AND REPLICATION OF EVIDENCE FROM OTHER PARTIES

| Date of Invoice | Supplier of Service | Description | Amount |
|---|---|---|---|
| 05/31/06 | Bayside Print Services | Invoice # 35537: trial exhibits | $176.40 |
| 06/30/06 | Preti Flaherty Beliveau & Pachios, LLP | In-house copying costs for trial notebooks and exhibits | $905.80 |
| | | TOTAL | $1,082.20 |

1137739.1

# Bayside Print Services

# INVOICE

*Owner: Dave White*

K. PASQUALE
PRETI FLAHERTY BELIVEAU PACHIOS & HALEY, LLP.
ONE CITY CENTER  6,12,13 FLS
PORTLAND ME.  04101

No. **35537**

Date **5/31/06**

Customer P.O. No. **28936**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 2 | 28936, 24 x 36 White Matte WIDE FORMAT COLOR 100#, printed 1 color front | 30.00 |
|  | Color Posters sq. ft. | 96.00 |
| 12 | Matte Laminate & Mount | 42.00 |

ENT'D JUN 01 2006

1-20SW – Y21W8/23R

Sales Rep: H
Taken by: DAVE

Approval for Payment Processing
Client # 12067    Case # 28936
Initials KKP    Atty # 0299
Date 6/1/06

Wanted: Wed 5/31

| | |
|---|---|
| SUBTOTAL | 168.00 |
| MAINE STATE SALES TAX | 8.40 |
| SHIPPING | |
| TOTAL | 176.40 |
| AMOUNT DUE | 176.40 |

Received by _____



- Complete Bindery Services
- Traditional Offset Printing
- Digital Color Printing and Copying
- Graphic Design Services Available
- High Speed, High Volume Copying

- Posters and Banners
- Laminating and Mounting
- Scan To Archive Services
- Full In House Bulk Mailing
- Online Ordering Available

417 Congress Street • Portland, Maine 04101
T: [207] 774-0093 • F: [207] 774-1281 • E: print@baysideme.com • W: www.baysideme.com

Attorneys at Law
Preti Flaherty Beliveau & Pachios, LLP
One City Center, P.O. Box 9546
Portland, ME 04112-9546
Fed. I.D. #01-0502585

# INVOICE
## FOR INFORMATIONAL PURPOSES ONLY

Specialty Claims Management
2440 Sandy Plans Road, Bldg. 3
PO Box 669427
Marietta, GA 30066
Attn: Veronica Mercer

RE:  12067 – Specialty Claims Managment
     28936 -- MESSANA v. ACRES OF WILDLIFE

| Date | Disbursement | Cost |
|---|---|---|
| 06/02/06 | Photocopies of Trial Notebooks (12) (4,207 copies @ $ .20 per page) | $841.40 |
| 06/04/06 | Photocopies of Trial Exhibits (322 copies @ $.20 per page) | $64.40 |
|  | **TOTAL:** | **905.80** |

Please remit payment to the above address.

1142044.1