## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RENEE MESSANA, PAUL DEMEO, PAUL MESSANA, INDIVIDUALLY AND AS NEXT FRIEND OF RAYMOND MESSANA AND ARIANA MESSANA, | ) ) ) ) | |
| | ) | |
| Plaintiffs | ) | Docket No. 04-11913 MLW |
| | ) | |
| v. | ) | |
| | ) | |
| ACRES OF WILDLIFE CAMPGROUND, INC., | ) | |
| | ) | |
| Defendant | ) | |

### AFFIDAVIT OF DANIEL RAPAPORT, ESQ.
### IN SUPPORT OF BILL OF COSTS

I declare under penalty of perjury and pursuant to 28 U.S.C. Section 1924 that the costs incurred by Acres of Wildlife Campground, Inc. and the Bill of Costs submitted by Acres of Wildlife Campground, Inc. are correct and were necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed.

/s/ Daniel Rapaport, Esq.
Attorney for Defendant
Acres of Wildlife Campground, Inc.

PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP
One City Center, P.O. Box 9546
Portland, ME  04112-9546
TEL:  (207) 791-3000

1

1137742.1

CERTIFICATE OF SERVICE

Service of the above Defendant Acres of Wildlife Campground, Inc.'s Bill of Costs, Memorandum in Support of Bill of Costs and Counsel's Declaration that the included costs were necessarily incurred in this action has been made through the ECF filing system on all those registered to receive ECF Services.

Dated:  July 7, 2006                                    /s/ Gregory T. Donoghue, Esq.
                                                                 Attorney for Defendant
                                                                 Acres of Wildlife Campground, Inc.


PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP
One City Center, P.O. Box 9546
Portland, ME  04112-9546
TEL:  (207) 791-3000

2