UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RENEE MESSANA, et al.,<br>    Plaintiffs<br><br>v.<br><br>ACRES OF WILDLIFE CAMPGROUND, INC.,<br>    Defendant | Docket No. 04-11913-MLW |

**PLAINTIFFS' PETITION FOR APPROVAL OF SETTLEMENT OF ACTION
ON BEHALF OF MINORS PURSUANT TO M.G.L. c. 231 § 140 C ½**

*Description of Accident and Injuries:*

On July 1, 2002, Renee Messana was sleeping in a tent at the Acres of Wildlife Campground, Inc. with her two youngest children when a dead tree fell on the tent, causing Ms. Messana severe head trauma, excruciating and ongoing pain, suffering and emotional distress. Four year-old Raymond Messana and six year-old Ariana Messana were inside the tent when the tree fell. Since the accident both Raymond and Ariana have suffered from the loss of their mother's society and from emotional distress.

The Defendant settled with the two minor children during the course of the trial. As for the other Plaintiffs, the trial went forward with a final jury verdict for the Defendants.

*Amount of Settlement:*

The total amount of this settlement is one hundred thousand dollars ($100,000.00). Out of this amount, attorney's fees of thirty three thousand, three hundred thirty-three dollars and thirty-three cents ($33,333.33) and legal expenses in the amount of eight thousand three hundred twenty six dollars and thirty-nine cents ($8,326.39) will be paid. After deductions, the minors will receive fifty-eight thousand three hundred and forty dollars and twenty-eight cents ($58,340.28).

WHEREFORE, the Plaintiffs respectfully request that the attached Settlement be approved.

Respectfully Submitted,

| Plaintiffs, by their attorney | Defendant, by its attorney |
|---|---|
| */s/ John W. Collier* | */s/ David J. Ekelund, Jr.* |
| John W. Collier, Esq. | David J. Ekelund, Jr. Esq. |
| 200 Monsignor O'Brien Hwy. | One City Center |
| Cambridge, MA 02141 | Portland, ME 04112 |
| (617) 441-2121 Ext. 2 | (207) 791-3000 |

Dated: February 8, 2007.

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RENEE MESSANA, et al., <br>     Plaintiffs <br><br> v. <br> ACRES OF WILDLIFE CAMPGROUND, INC., <br>     Defendant | Docket No. 04-11913-MLW |

**PROPOSED ORDER ON PLAINTIFFS' PETITION FOR APPROVAL OF SETTLEMENT OF ACTION ON BEHALF OF MINORS**

    It is hereby ORDERED on this _____ day of _____, 2007 that Plaintiffs' Petition for Approval of Settlement of Action on behalf of Minors is ALLOWED.


_____

**EXPENSES FOR MESSANA**

| | | |
|---|---|---|
| 1. | The Reporting Group | $463.40 |
| 2. | Doris Wong Reporting | $948.10 |
| 3. | Rankin Reporting | $287.85 |
| 4. | St. Louis Univ. Hospital | $1,125.00 |
| 5. | Valerie O'Hara Court Reporter | $673.20 |
| 6. | Traveling expenses for St. Louis trip | $692.79 (see attached) |
| 7. | Court/Filing Fees | $170.00 |
| 8. | Defendant's Bill of Costs | $3,741.05 (see attached) |
| 9. | Recording Trust | $225.00 |
| ***Total:*** | | ***$8,326.39*** |

**CONTINGENCY FEE AGREEMENT** (see copy attached)

"1/3 (33%) of the gross settlement or judgment of the aforedescribed matter if settled prior to trial."

***Total: (1/3) ($100,000)***          ***$33,333.33***

**Total Amount to be paid out from Settlement:   $41,659.72**

**Net Amount due Minors:                          $58,340.28**