UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RENEE MESSANA, PAUL DEMEO, PAUL MESSANA, INDIVIDUALLY AND AS NEXT FRIEND OF RAYMOND MESSANA AND ARIANA MESSANA | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Docket No. 04-11913 MLW |
| v. | ) ) | |
| ACRES OF WILDLIFE CAMPGROUND, INC. | ) ) | |
| Defendant | | |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR APPROVAL OF MINOR SETTLEMENT**

1.  Defendant has no objection to Plaintiffs' motion.

DATED at Portland, Maine this 21st day of February, 2007.

    /s/ David J. Ekelund, Jr.
    Daniel Rapaport, Esq.
    Timothy J. Perry, Esq.
    David J. Ekelund, Jr., Esq.
    Attorneys for Defendant

PRETI, FLAHERTY, BELIVEAU, PACHIOS & HALEY, LLC
One City Center
P.O. Box 9546
Portland, ME  04112-9546
TEL:  (207) 791-3000

1