# SCHEDULE A

# MESSANA FAMILY TRUST: PROPERTY

$58,340.28 per Settlement Agreement entered into on December 20, 2006 by Paul Messana, individually, and as parent and next friend of Ariana Messana and Raymond Messana and Renee Messana, individually, and as parent and next friend of Ariana Messana and Raymond Messana.